WILLIAM A. JAMISON et al., Respondents, *v.* THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.

*Insurance — action to recover upon policy of marine insurance.*

*Jamison* v. *Globe & Rutgers F. Ins. Co.,* 208 App. Div. 843, affirmed. (Argued December 17, 1924; decided January 21, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 30, 1924, unanimously affirming a judgment in favor of plaintiffs entered upon a verdict. The action was to recover upon a policy of marine insurance. The complaint alleged that plaintiffs, owners of a tug, insured it with defendants against perils of the sea and that while the policy was in force the tug was wrecked and sunk, becoming a total loss; that plaintiffs performed all of the conditions of the policy, gave notice and filed proofs of loss but that defendant had failed to pay the amount thereof although duly demanded. The answer denied knowledge or information as to the ownership of the tug, or as to the injury to and loss thereof; denied payment of the premium; denied performance of the policy by the plaintiffs; denied notice of loss and denied filing of proof of claim.

*Frank C. Laughlin* and *T. Catesby Jones* for appellant.

*Herbert Barry, Archibald G. Thacher* and *James K. Symmers* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: MCLAUGHLIN, J.

---

PAUL MEYER, Respondent, *v.* WOODWARD-BROWN REALTY COMPANY, Appellant.

*Contract — action to recover for alleged breach of contract for construction of building.*

*Meyer* v. *Woodward-Brown Realty Co.,* 209 App. Div. 548, affirmed. (Submitted December 18, 1924; decided January 21, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial